[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-13582
Non-Argument Calendar

_____

D.C. Docket No. 6:18-cr-00002-PGB-DCI-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NICOLAS ELPIDIO MAMBRU ENCARNACION,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 14, 2019)

Before WILLIAM PRYOR, ROSENBAUM, and FAY, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Nicolas Elpidio Mambru

Encarnacion in this direct criminal appeal, has moved to withdraw from further

representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mambru Encarnacion's conviction and sentence are **AFFIRMED**.